UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARON LYNNE GEORGE, ET AL.

VERSUS

C. WALTER DAVIS, PRESIDENT OF
THE EAST FELICIANA PARISH SCHOOL
BOARD, ET AL.

CIVIL ACTION

NO. 65-3253-JJB

## NOTICE AND ORDER

Considering the foregoing motion;

IT IS ORDERED that a STATUS CONFERENCE be held on Tuesday, August 1, 2006, at 10:00 a.m. in chambers.

Baton Rouge, Louisiana, July 17th, 2006.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA