UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARON LYNNEE GEORGE

VERSUS

G. WALTER DAVIS, ET AL.

CIVIL ACTION

NO. 65-3253-JJB

## O R D E R

Considering the motion (doc. 180) by the EFPSB to establish Slaughter Community Charter School;

IT IS ORDERED that the School Board file a memorandum in support of the motion on or before March 18, 2010.

Baton Rouge, Louisiana, February 25, 2010.

---

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA